*Friday, March 1, 2002*

## MOTION DOCKET

**99–1249. State v. Gross.**
Muskingum App. No. CT96055. This cause is pending before the court as a death penalty appeal from the Court of Appeals for Muskingum County. Upon consideration of appellant's motion for leave to file information requested by the court during oral argument,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., dissent.

**01–99. State v. Walls.**
Butler App. No. CA99–10–174. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellee's motion to strike argument relating to Ex Post Facto Clause in reply briefs of appellant and *amicus* Ohio Public Defender,

IT IS ORDERED by the court that the motion to strike be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

**02–255. Bankers Trust Co. v. Wagner.**
Allen App. Nos. 1–01–100, 1–01–102, 1–01–103, 1–01–104, 1–01–105, 1–01–106, 1–01–107, 1–01–108, 1–01–109, 1–01–110, 1–01–111, 1–01–112, 1–01–113, 1–01–194, 1–01–95, 1–01–96, 1–01–97, 1–01–98 and 1–01–99. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion for stay of execution of foreclosure, without requirement of bond, pending outcome of appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., dissent.

**02–256. Bankers Trust Co. v. Wagner.**
Allen App. Nos. 1–01–17, 1–01–18, 1–01–19, 1–01–20, 1–01–21, 1–01–22, 1–01–23, 1–01–24, 1–01–25, 1–01–26, 1–01–28, 1–01–29, 1–01–30, 1–01–31, 1–01–32, 1–01–33, 1–01–34, 1–01–35, 1–01–36, 1–01–37, 1–01–38, 1–01–39 and 1–01–40. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion for stay of execution of foreclosure, without requirement of bond, pending outcome of appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., dissent.